DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KAE SAETEURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-033 DFL |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER EXONERATING BOND AS TO DEFENDANT SAETEURN** |
| KAE SAETEURN et alia, | ) | |
| Defendants. | ) | Judge:   Hon. David F. Levi |
| _____ | ) | |

　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kae Chai Saeteurn, through their respective attorneys, that bond in the above case be exonerated and the property posted to secure Mr. Saeteurn's release be reconveyed to the owners.

　　On January 24, 2005, the magistrate judge ordered defendant Kae Saeteurn released on conditions including the posting of a $100,000 secured bond. On February 10, 2005, the Clerk's Office received the deed of trust posted by Fou A. Teurn and Chai O. Saeteurn. On June 14, 2006, the Court sentenced Mr. Saeteurn to serve 63 months in prison and ordered

1 him to surrender to the institution designated by the Bureau of Prisons.
2 On July 28, 2006, Mr. Saeteurn surrendered as ordered; defense counsel
3 yesterday confirmed through the BOP inmate locator (www.bop.gov) that Mr.
4 Saeteurn is presently in custody at the United States Prison in Lompoc.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 2, 2006          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for KAE SAETEURN


                                McGREGOR SCOTT
                                United States Attorney


Dated:  August 2, 2006          /s/ T. Zindel for A. Pings
                                ANNE PINGS
                                Assistant U.S. Attorney


**O R D E R**

Mr. Saeteurn having satisfied all conditions of the bond securing his release, the bond is exonerated.  The Clerk of the Court shall promptly reconvey the posted property.

IT IS SO ORDERED.

Dated:  August 2, 2006


_____
DAVID F. LEVI
United States District Judge